IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
ANNA KRIEBEL and DONNA KERR,    :
    Plaintiffs,    :
       v.    :    CIVIL ACTION NO. 13-1068
    :
GREGORY LONG, Exec. Dir. Federal    :
Thrift Investment Board,    :
    Defendant.    :
_____:

## ORDER

**AND NOW,** this 16th day of January 2014, upon consideration of the parties' cross motions for summary judgment, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' Motion [Doc. No. 20] is **GRANTED** insofar as it asks the Court to find that the "mailbox rule" is applicable in this case, and **DENIED** insofar as it asks the Court to enter judgment in their favor at this stage in the proceedings, as the Court finds there are genuine issues of material fact. Defendant's Motion for Summary Judgment [Doc. No. 22] is also **DENIED,** as the Court finds there are genuine issues of material fact.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**